IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CRAIG H.**, by his guardian and next friend, :
    Christina Corp-Francis
        Plaintiff, :
        :
vs. : 04-CV-1985
        :
**THE CITY OF PHILADELPHIA,** :
        :
    Defendant. :

### SETTLEMENT AGREEMENT OF THE PARTIES.

The parties to this matter, seeking to avoid further costly litigation, agree as follows:

1. The City will place plaintiff Craig H. into the Milestones Community Healthcare's Deaf residential services program, or a comparable deaf-specialized residential mental health program within 60 days of the date of this Order;

2. Plaintiff agrees to the dismissal, with prejudice, of his claims for damages in the above captioned matter;

3. The City will provide the Disabilities Law Project with a check in the amount of $7,500.00 as full and complete payment for all attorney's fees and costs in this matter;

4. The parties agree and consent to the issuance of the attached proposed Order.

EDMOND A. TRYAK
Attorney ID No. 20501

Post Office Box 229
Wayne, PA 19087-0229
(610) 341-9797 (voice)
etiryak@email.msn.com

Attorney for Plaintiff

Dated: June 17, 2004

DANIEL L. GARRY
Attorney ID No. 80333

Deputy City Solicitor
1515 Arch Street
15th Floor
Philadelphia, PA 19102-1595
(215) 683-5081
Daniel.Garry@phila.gov

Attorney for Defendant
6/22/04